IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH GOLDSBOROUGH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE INN AT LW, LLC d/b/a )<br>THE INN AT LITTLE WASHINGTON, )<br>and THE INN AT LW GROUP HEALTH )<br>PLAN )<br>)<br>Defendants. )<br>_____ ) | Civil Action Number: 3:13CV00044 |

The parties to the above-captioned action having resolved their differences in a satisfactory manner, the Plaintiff hereby dismisses her action WITH PREJUDICE in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear their own attorney's fees and costs.

Dated: December 30, 2013

Respectfully submitted,

Geoffrey S. Burke

_____
Geoffrey S. Burke (VSB # 75728)
Burke Law, P.L.C.
P.O. Box 6933
2850 South Quincy Street
Arlington, Virginia 22206
(703) 665-4454
(703) 649-6224 (FAX)
gburke@burkelawpractice.com
*Counsel for Elizabeth Goldsborough*