IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH GOLDSBOROUGH )<br>  )<br>   Plaintiff )<br>v. )<br>  )<br>THE INN AT LW, LLC d/b/a )<br>THE INN AT LITTLE WASHINGTON, )<br>and THE INN AT LW GROUP HEALTH PLAN )<br>  )<br>   Defendants )<br>  ) | Civil Action No. 3:13-cv-00044<br><br>**FINAL ORDER**<br><br><br><br>Hon. Glen E. Conrad<br>Chief United States District Judge |

Inasmuch as the court is advised that all parties in this action have compromised and settled their differences, it is accordingly

O R D E R E D

that this case shall be and hereby is DISMISSED WITH PREJUDICE as settled and STRICKEN from the active docket of this court.

The Clerk is directed to certify copies of this Order to all parties.

ENTER: This 30th day of December, 2013.

*s/   Glen E. Conrad*
Chief United States District Judge